# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PAULETTE PAILIN, | : | |
|---|---|---|
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 10-4556 |
| CAROLYN COVLIN, Acting | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *5th* day of *November*, 2009, upon consideration of Plaintiff Paulette Pailin's Motion for Summary Judgment (Docket No. 11), the Response of Defendant the Commissioner of Social Security (Docket No. 14), the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (Docket No. 17), and Defendant's Objections thereto (Docket No. 18), and upon careful review of the entire record, it is hereby **ORDERED**, as follows:

    1.     Defendant's Objections to the Report and Recommendation are **SUSTAINED**;

    2.     Plaintiff's Request for Review is **DENIED**;

    3.     The Decision of the Commissioner of Social Security is **AFFIRMED**; and

    4.     **JUDGMENT IS ENTERED** in favor of the Defendant and against Plaintiff.

This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.